UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION     21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

## RETURN OF SERVICE

DATE: 5/11/06

Service of the Summons and Complaints was made by me[2]

NAME OF SERVER (PRINT): FREDY SEGURA    TITLE: Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _David Ortiz_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Daneen Gazzola
TUCCI EQUIPMENT RENTAL CORP
3495 Rombouts Avenue
Bronx, NY 10475

For the following Defendant(s):

TUCCI EQUIPMENT RENTAL CORP

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/11/06
Date

Signature of Server: _Fredy Segura_

Address of Server: 115 Broadway, NYC

MICHELLE McDOWELL
Notary Public, State of New York
No. 01MC6140024
Qualified in Richmond County
Commission Expires Jan. 17, ____

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RIDER – SHORT FORM COMPLAINTS

| Plaintiff | | Civil Action No. |
|---|---|---|
| Brereton | James | 05cv1075 |
| Dragone | Doug | 05cv1122 |
| Kozak | Christopher | 05CV1240 |
| Levine | Jay | 05cv1247 |
| Sorber | Paul | 05CV1271 |
| Ribaudo | Vito | 05cv1478 |
| Rollins | Timothy | 05CV1638 |
| Walters | Gary | 05cv1727 |
| Cuomo | Patrick | 06cv0279 |
| Viania | Bruce | 06cv0645 |
| Franco | Patrick | 06cv0646 |
| Carr | James | 06cv0647 |
| Schweitzer | Karl | 06cv0816 |
| Scott | Martin | 06cv0817 |
| Pinkney | Katherine | 06cv0818 |
| Castello | Lantie | 06cv0819 |
| Vega | Hector | 06cv0820 |
| Elliot | Warren | 06cv0821 |
| Rodriguez | Rosa | 06cv0845 |
| Kavakos | Gary | 06cv0927 |
| Joseph | James | 06cv0995 |
| Taylor | Felicia | 06cv0996 |
| Vivar | Rosa | 06cv0997 |
| Bugge | Kenny | 06cv1099 |
| Fehn | Kenneth | 06cv1102 |
| Corrao | Louis | 06cv1117 |
| ✗ De Rosa | John | 06cv1118 |
| Claire | Keith | 06cv1119 |
| Vita | Anthony | 06cv1120 |
| Pickett | George | 06cv1121 |
| Schuman | Robert | 06cv1193 |
| Arias | Julio | 06CV1340 |
| Quintanilla | Natalia | 06CV1341 |
| Leonard | Tara | 06cv1480 |
| O'Connor | Michael | 06cv1481 |